JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ROYCE MATHEW,<br><br>    Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY; TED ELLIOTT; TERRY ROSSIO; JASON SURRELL; MARTIN A. SKLAR; DISNEY ENTERPRISES, INC.; WALT DISNEY PICTURES (d/b/a BUENA VISTA MOTION PICTURES GROUP and THE WALT DISNEY STUDIOS, and f/k/a WALT DISNEY PICTURES AND TELEVISION); BUENA VISTA HOME ENTERTAINMENT, INC.; BUENA VISTA PICTURES DISTRIBUTION, INC.; BUENA VISTA TELEVISION, LLC (f/k/a BUENA VISTA TELEVISION); BUENA VISTA GAMES, INC.; FIRST MATE PRODUCTIONS, INC.; ABC, INC.; ABC ENTERPRISES, INC.; JERRY BRUCKHEIMER; JERRY BRUCKHEIMER, INC.; JERRY BRUCKHEIMER FILMS; and "JOHN DOES 1-50," WHOSE IDENTITY WILL BE ASCERTAINED DURING DISCOVERY TO INCLUDE ADDITIONAL PERSONS AND ENTITIES RESPONSIBLE FOR THE ALLEGED MISCONDUCT,<br><br>    Defendants. | Case No. CV14-07832-RGK (AGRx)<br><br>**[~~PROPOSED~~] JUDGMENT** |

WHEREAS, Plaintiff Royce Mathew ("Mathew") filed an action (the "Action") against Defendant The Walt Disney Company and other captioned Defendants (collectively "Disney") in the United States District Court for the Southern District of New York, as *Mathew v. The Walt Disney Company*, No. 13-cv-3930; and

WHEREAS, the Action was subsequently transferred to the United States District Court for the Central District of California, entitled *Mathew v. The Walt Disney Company*, No. 14-cv-7832; and

WHEREAS, Disney filed a counterclaim against Mathew in the above-captioned Action, which Mathew denies; and

WHEREAS, by order of April 20, 2015, the United States District Court for the Central District of California dismissed all of Mathew's claims in the Action ("Dismissal Order"); and

WHEREAS, Disney's counterclaim remains pending, as noted by the Court's minute entry of April 29, 2015; and

WHEREAS, until a final order is entered in the Action, Mathew is not able to appeal the Court's Dismissal Order of April 20, 2015;

AND NOW, therefore, upon agreement of the parties, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Judgment is entered against Mathew in favor of Disney on Disney's counterclaim in the Action in the sum of Three Thousand Dollars Five Hundreds ($3,500.00).

2. The Clerk is hereby directed to enter judgment accordingly in favor of Disney.

3. Mathew shall retain and preserve his right to appeal the dismissal of his claims in the above-described Action.

Dated: October 9, 2015

*Gary Klausner*
_____
Hon. Judge R. Gary Klausner
United States District Court Judge

CONSENTED TO:

/s/ Edward W. Millstein w/permission
Edward W Millstein
Counsel for Plaintiff
Royce Mathew

/s/ Sanford M. Litvak
Sanford M. Litvak
Counsel for Defendants
The Walt Disney Company, et al.